# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

EUGENE CHERRY,

    Petitioner,

v.

GARY BOUGHTON and
JON LITSCHER,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 3:07-CV-00732-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ S. Vogel**        **2/1/08**
_____    _____
**by Deputy Clerk**      **Date**